opinion filed May 4, 1948; released for publication June 4, 1948. B. G. Clanton, for appellant; Nat M. Kahn and David J. A. Hayes, for appellees. Opinion by JUSTICE SULLIVAN. Not to be published in full.

## Seventh Heaven, Inc., Appellee, v. South Side Fire-Proof Storage, Inc. et al., Appellants.

### Gen. No. 44,134.

opinion filed May 4, 1948; released for publication June 4, 1948. Joseph E. Clayton, Jr. and Chas. B. Evins, for appellants; Chas. B. Evins, of counsel; Max M. Fleisher and Adolph L. Haas, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.

## James Mathes, Appellee, v. Homer Lipe, Appellant.

### Gen. No. 9,589.